# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| WILLIE WINTERS, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:21-cv-157 (WLS) |
| NURSE NIESON, *et al.,* | : | |
| Defendant. | : | |

## ORDER

    Presently before the Court is the Parties' Consent Motion to Reschedule the June 14, 2022, scheduling/discovery conference ("IDC"). (Doc. 19.) Therein, the Parties request that the Court continue the IDC as Counsel for the Defendants is scheduled to try a case in the United States District Court for the Southern District of Georgia, Statesboro Division, the week of June 13, 2022. (*Id.*) The Parties also note that Defense Counsel is scheduled to be on leave from June 17, 2022 until June 27, 2022. (*Id.*)

    Based on the Parties' representations, the Court finds good cause to continue the IDC. Accordingly, the IDC set for June 14, 2022 is **CONTINUED** to a date to be later determined by this Court. All other instructions in the Rule 16/26 Order (Doc. 17) remain.

    **SO ORDERED**, this 5th day of May 2022.

                                                      /s/ W. Louis Sands
                                                    **W. LOUIS SANDS, SR. JUDGE**
                                                    **UNITED STATES DISTRICT COURT**