UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WILLIE WINTERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 7:21-cv-157-WLS |
| NURSE NIESON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Having considered the matter and for good cause shown, the Court hereby **ORDERS** that the parties' joint motion to modify scheduling order be and is **GRANTED**. Accordingly, the scheduling order is modified as follows:

|  | Current Date | Modified Date |
|---|---|---|
| Expert disclosures | October 17, 2022 | January 16, 2022 |
| Motions to join another party or amend pleadings | December 20, 2022 | March 20, 2022 |
| Supplemental and rebuttal expert reports | November 16, 2022 | February 14, 2022 |
| Daubert motions if filed in connection with party's dispositive motion | December 16, 2022 | May 19, 2022 (30 days after close of discovery) |
| Daubert motions if filed in response to a dispositive motion | January 6, 2023 | June 9, 2022 (21 days after dispositive motions deadline) |
| Daubert motions if filed in relation to a trial witness or issue | 14 days after notice of pretrial conference | 14 days after notice of pretrial conference |
| Close of discovery | January 19, 2023 | April 19, 2022 |
| Dispositive motions | February 20, 2023 | May 19, 2022 (30 days after close of discovery) |

So ordered this 17th day of October, 2022.

W. Louis Sands
Hon. W. Louis Sands
United States District Judge
Middle District of Georgia