UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WILLIE WINTERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 7:21-cv-157-WLS |
| NURSE NIESON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Having considered the matter and for good cause shown, the Court hereby **ORDERS** that Defendants Unit Manager Delisha Bryant, Tina Starling, and Famela Nisen, and Plaintiff Willie Winters's joint motion to modify scheduling order be and is **GRANTED**. Accordingly, the scheduling order is modified as follows:

|  | Current Date | Modified Date |
|---|---|---|
| Daubert motions if filed in connection with party's dispositive motion | May 19, 2023 | June 23, 2023 |
| Daubert motions if filed in response to a dispositive motion | June 9, 2023 | July 14, 2023 (21 days after dispositive motions deadline) |
| Daubert motions if filed in relation to a trial witness or issue | 14 days after notice of pretrial conference | 14 days after notice of pretrial conference |
| Dispositive motions | May 19, 2023 | June 23, 2023 |

So ordered this  16th  day of  May , 2023.

_____
Hon. W. Louis Sands
United States District Judge
Middle District of Georgia