IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WILLIE WINTERS, | * |
| Plaintiff, | * |
| v. | Case No.7:21-cv-157(WLS) |
| | * |
| BRYANT, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 15, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants.

This 15th day of November, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk